Stephen M. Scott, OSB No. 134800
smscott@fisherphillips.com
Daniel O. Schmidt, OSB No. 204404
dschmidt@fisherphillips.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262 Telephone
(503) 242-4263 Facsimile

Attorneys for Defendant Team Drive In Bend, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DAVID McDANIEL,<br><br>                          Plaintiff,<br><br>     v.<br><br>TEAM DRIVE IN BEND, LLC,<br><br>                          Defendant. | Case No. 6:22-cv-00917<br><br>**DEFENDANT TEAM DRIVE IN BEND, LLC'S NOTICE OF REMOVAL**<br><br>Deschutes County Circuit Court<br>Case No. 22CV15330 |

**TO:**          The United States District Court for the District of Oregon, Eugene Division

**AND TO:**   Plaintiff and his Attorney Christopher Kuhlman, Kuhlman Law, LLC, 160 NW Irving Ave, Suite 203, Bend, OR 97703

          PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant

Team Drive In Bend, LLC ("Defendant") hereby removes Case No. 22CV15330 from the

Deschutes County Circuit Court for the State of Oregon (the "State Court Action") to the United

Page 1 -   **DEFENDANT TEAM DRIVE IN BEND, LLC'S NOTICE OF REMOVAL**

States District Court for the District of Oregon, Eugene Division ("Notice of Removal"). Removal is proper for the following reasons:

## THE REMOVED ACTION

1. On or about May 9, 2022, Plaintiff David McDaniel ("Plaintiff") filed a civil complaint ("Complaint") against Defendant Team Drive In Bend, LLC in the State Court Action, Case No. 22CV15330.

2. On May 26, 2022, service of process was completed on Defendant. Pursuant to 28 U.S.C. § 1446(a), copies of the Complaint, Summons, and Acceptance of Service, are attached as Exhibit 1 to the Declaration of Stephen M. Scott in Support of Defendant Team Drive In Bend, LLC's Notice of Removal ("Scott Dec."). These documents, taken together, constitute all process, pleadings, and orders served on Defendant. 28 U.S.C. § 1446(a). Scott Dec. ¶ 2.

3. No further proceedings have been had in the State Court Action as of the date of filing of this removal.

## THE NOTICE OF REMOVAL IS TIMELY FILED

4. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely filed having been filed within 30 days after service on Defendant of the Complaint, from which it was first ascertained that the case is removable.

## BASIS FOR FEDERAL SUBJECT MATTER JURISDICTION

### I. Complete Diversity of Citizenship Exists

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because complete diversity exists between Plaintiff and Defendant.

#### A. Plaintiff and Defendant are citizens of different states.

6. Plaintiff is a resident of the state of Texas. Scott Dec. ¶ 5.

Page 2 -    **DEFENDANT TEAM DRIVE IN BEND, LLC'S NOTICE OF REMOVAL**

**FISHER & PHILLIPS LLP**
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262

FP 43994124.1

7.     Team Drive In Bend, LLC is an Oregon corporation registered in the State of Oregon. Scott Dec. ¶ 6 (being filed concurrently); Defendant's Corporate Disclosure Statement (being filed concurrently). Team Drive In Bend, LLC's principal place of business is in Oregon. Scott Dec. ¶ 6.

8.     The parties are therefore completely diverse for the purpose of determining the Court's jurisdiction.

## II.     The Amount in Controversy Will Exceed the Jurisdictional Minimum.

9.     Plaintiff's claims for relief against Defendant will exceed $75,000. *See* Complaint caption (praying for $890,000 in damages).

### DEFENDANT CONSENTS TO REMOVAL

10.     The undersigned counsel represents Defendant in the State Court Action. Thus, the named Defendant in the State Court Action consents to removal.

### VENUE

11.     Venue is proper in the United States District Court for the District of Oregon, Eugene Division, because this Court is the federal judicial district embracing the Deschutes County Circuit Court for the State of Oregon, where the suit was originally filed. *See* 28 U.S.C. § 117. Accordingly, Defendant is entitled to remove this action to the United States District Court for the District of Oregon, Eugene Division, pursuant to the provisions of 28 U.S.C. § 1441(a) and according to the procedure in 28 U.S.C. § 1446.

### NOTICE OF REMOVAL

12.     Defendant will give notice of the filing of this Notice of Removal to Plaintiff and to the Clerk of the Deschutes County Circuit Court for the State of Oregon, Case No. 22CV15330

Page 3 -    **DEFENDANT TEAM DRIVE IN BEND, LLC'S NOTICE OF REMOVAL**

**FISHER & PHILLIPS LLP**
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262

FP 43994124.1

in accordance with 28 U.S.C. § 1446(d). This Notice of Removal is concurrently being served on Plaintiff, and Defendant shall file with this Court a certificate of service of such notice.

WHEREFORE, Defendant hereby removes this matter, now pending in the Deschutes County Circuit Court for the State of Oregon as Case No. 22CV15330, to the United States District Court for the District of Oregon, Eugene Division.

DATED:  June 27, 2022                                   FISHER & PHILLIPS LLP

Stephen M. Scott, OSB No. 134800
smscott@fisherphillips.com
Daniel O. Schmidt, OSB No. 204404
dschmidt@fisherphillips.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 205-8045 Tel
(503) 242-4263 Fax

*Attorneys for Defendant*

Page 4 -   **DEFENDANT TEAM DRIVE IN BEND, LLC'S NOTICE OF REMOVAL**                                    **FISHER & PHILLIPS LLP**
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262

FP 43994124.1