IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

DAVID McDANIEL,  Civ. No. 6:22-cv-00917-AA

    Plaintiff,  **ORDER OF REMAND**

  v.

TEAM DRIVE IN BEND, INC.,

    Defendant.

---

AIKEN, District Judge.

    This action was originally filed in Deschutes County Circuit Court as case number 22CV15330. On June 27, 2022, Defendant Team Drive In Bend, Inc. removed the case to this Court. ECF No. 1. On June 28, 2022, the parties jointly filed a stipulated motion to dismiss and remand to Deschutes County Circuit Court. ECF No. 7. The Court GRANTS the stipulated motion and this case is REMANDED to Deschutes County Circuit Court (Case No. 22CV15330) for further proceedings pursuant to 28 U.S.C. §1447(c). Following remand, the Clerk of Court shall close this federal case.

    It is so ORDERED and DATED this ___30th___ day of June 2022.

                                      /s/Ann Aiken
                                      ANN AIKEN
                                      United States District Judge